UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:01-CR-00295-H-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER GRANTING |
| vs. | ) | MOTION TO SEAL |
| | ) | |
| JAMES DEVON POWELL, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that his Memorandum be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file said Memorandum under seal.

This 26th day of July 2012.

_____
SENIOR U.S. DISTRICT JUDGE